MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-2*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-2,<br><br>Plaintiff,<br><br>vs.<br><br>TOWNHOUSE SOUTH ASSOCIATION, INC.; THUNDER PROPERTIES, INC.; and E. ALAN TIRAS, P.C.,<br><br>Defendants. | Case No.: 3:16-cv-00208-RJC-VPC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-2 (**BNYM**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of AKERMAN LLP. BNYM requests that Ms. Wittig be removed from the Court's CM/ECF service list.

. . .

. . .

. . .

1

AKERMAN LLP will continue to represent BNYM and requests that Melanie D. Morgan and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 14th day of September, 2016.

AKERMAN LLP

*s/ Brett M. Coombs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-2*

## COURT APPROVAL

IT IS SO ORDERED.

Date: September 15, 2016

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 14th day of September, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, postage prepaid and addressed to:

Edward D. Boyack, Esq.
BOYACK ORME & TAYLOR
401 North Buffalo Drive, Suite 202
Las Vegas, Nevada 89145
Email: ted@boyacklaw.com

*Attorneys for Townhouse South Association, Inc.*

Timothy Rhoda, Esq.
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
Email: croteaulaw@croteaulaw.com

*Attorneys for Thunder Properties, Inc.*

Joshua M. Halen, Esq.
Holly S. Parker, Esq.
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Email: jhalen@laxalt-nomura.com
Email: hparker@laxalt-nomura.com

*Attorneys for E. Alan Tiras, P.C.*

/s/ Josephine Washenko
An employee of Akerman LLP