1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  WILLIAM S. HABDAS, ESQ.
   Nevada Bar No. 13138
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: william.habdas@akerman.com

7  *Attorneys for The Bank of New York Mellon
   f/k/a The Bank of New York as Trustee for
8  the Benefit of the Certificateholders of the
   CWABS, Inc., Asset-Backed Certificates,
9  Series 2004-2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-2,<br><br>Plaintiff,<br><br>vs.<br><br>TOWNHOUSE SOUTH ASSOCIATION, INC.; THUNDER PROPERTIES, INC.; and E. ALAN TIRAS, P.C.,<br><br>Defendants. | Case No.: 3:16-cv-00208-RCJ-VPC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-2, hereby provides notice that Steven G. Shevorski, Esq., and Brett M. Coombs, Esq., are no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-2 in this action. All items, including, but not limited to, pleadings,

49466097;1

papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and William S. Habdas, Esq.

DATED this 23rd day of July, 2019.

**AKERMAN LLP**

/s/ *William S. Habdas*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2004-2*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 9, 2019

*R. Jones* (signature)

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572