Edward D. Boyack, Esq.
Nevada Bar No. 5229
Colli C. McKiever, Esq.
Nevada Bar No. 13724
BOYACK ORME & ANTHONY
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117
ted@boyacklaw.com
colli@boyacklaw.com
Phone: 702-562-3415
Fax: 702-562-3570
*Attorney for Defendant Townhouse South*
*Association, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-2,<br><br>Plaintiff,<br><br>vs.<br><br>TOWNHOUSE SOUTH ASSOCIATION, INC.; THUNDER PROPERTIES, INC.; and E. ALAN TIRAS, P.C.,<br><br>Defendants. | Case No.: 3:16-cv-00208-RJC-VPC<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

NOW COMES the Defendant, TOWNHOUSE SOUTH ASSOCIATION, INC., through its counsel EDWARD D. BOYACK, ESQ. and COLLI C. McKIEVER, ESQ. of the law firm BOYACK ORME & ANTHONY, by and through its attorney of record, Edward D. Boyack, and Colli C. McKiever of the law firm of Boyack Orme & Anthony, and moves this Court to Remove Edward D. Boyack and Colli C. McKiever from the CM/ECF service list a Final Judgment [Doc

. . .

. . .

1

68] has been e-filed on July 12, 2017.

DATED this 24th day of July, 2019.

**BOYACK ORME AND ANTHONY**

BY: */s/ Edward D. Boyack*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Colli C. McKiever, Esq.
Nevada Bar No. 13724
BOYACK ORME & ANTHONY
7432 W. Sahara Avenue, Suite 101
Las Vegas, NV 89117
*Attorney for Townhouse South Homeowners Association*

**IT IS SO ORDERED.**

DATED this 9th day of August, 2019.

_____
U.S. DISTRICT COURT OR MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of July, 2019 service of the foregoing **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** was made this date via electronic service through the CM/ECF system.

By: /s/ Norma Ramirez
An Employee of Boyack Orme & Anthony

2